IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALAN K. VAN ORDEN, Personal Representative of the Estate of Crystal Rhea Bannister, ROBERT BANNISTER, as a parent and legal heir of Chrystal R. Bannister, and MICHELLE WALESKE, as a parent and legal heir of Crystal R. Bannister,<br><br>              Plaintiffs,<br>  v.<br><br>CARIBOU COUNTY; CARIBOU COUNTY SHERIFF'S DEPARTMENT, an Office Controlled and Directed by Caribou County; RIC L. ANDERSON, in his individual capacity and in his official capacity as Sheriff of Caribou County; MICHAEL HADERLIE, in his individual capacity and in his official capacity as Commander of the Caribou County Jail; BROCK LOPEZ, in his individual capacity and in his official capacity as Detention Sergeant of the Caribou County Jail; HEATH S. DOWNS, an individual; BRANDY BREDEHOFT, an individual; JUDY PROBART LONG, an individual; JODI SUTER, an individual; BRETT SMITH, an individual; and John Does 1 through 10,<br><br>              Defendants. | Case No.  4:10-cv-00385-BLW<br><br>**JUDGMENT** |

      In accordance with the Memorandum Decision and Order entered concurrently herewith, denying summary judgment to Plaintiffs and granting summary judgment to Defendants,

JUDGMENT — 1

IT IS ORDERED, ADJUDGED AND DECREED that Judgment be entered against Plaintiffs and in favor of Defendants, and that this case be DISMISSED IN ITS ENTIRETY.

DATED: June 8, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court